

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00003-CV

| | | |
|---|---|---|
| DONALD READ, Appellant | § | On Appeal from the 141st District Court |
| | § | of Tarrant County (141-293386-17) |
| V. | § | August 26, 2019 |
| | § | |
| LORIE NAYLOR, Appellee | | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Donald Read shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Bonnie Sudderth_____
Chief Justice Bonnie Sudderth